FILED

FEB 02 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-319 LJO-SKOSAB |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER UNSEALING SUPERSEDING INDICTMENT |
| RAUL CARRASCO ESPARZA, aka Topo, HECTOR MANUEL GONZALES, aka Wheezy, SARAN PHY, aka Chubs, JOHNNY SONE VORAVONG, JULIO CESAR BARRON, and MARISOL QUINTERO SOLORIO, GUSTAVO ROBLEDO BARRAZA, aka Tavo, and AMADOR SAMUELO FAALAGA, Defendants. | |

The United States having applied to this Court for the superseding indictment in this case to be filed under seal to prevent the destruction of evidence and flight of the targets of the investigation, and unsealing necessary in light of the arrest of a defendant,

IT IS ORDERED, that the superseding indictment in the above-entitled matter shall be unsealed.

Dated: February 2, 2016

_____
HONORABLE ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

Order Unsealing Superseding Indictment                                  1